

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 AUG. 25. 2015.

$ 000.41$^6$

RE: WR-83,335-01

1881421

DWAYNE KEITH LOPEZ
⬛ T - TDC # 2992532

RTS
Not on unit

TDCJ#
does not
match

TDC# 1881431